UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA CHEFFEN,** | ) | **CASE NO. 1:19CV2412** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | **ORDER** |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

On October 16, 2019, Plaintiff filed a Complaint under Title 42 U.S.C. § 405(g). (Doc. 1). The Court referred this matter to Magistrate Judge Carmen Henderson pursuant to Local Rule 72.2.[1] On October 6, 2020, the Magistrate Judge recommended affirming the Commissioner's decision which denied Plaintiff's application for disability-insurance benefits and supplemental-security income. (Doc. 18). Plaintiff has not objected to this recommendation.

Federal Rule of Civil Procedure 72 provides that objections to a report and

---

[1] Initially, the matter was referred to Magistrate Judge George Limbert. Judge Limbert retired, effective June 30, 2020. The matter was reassigned pursuant to General Order 2020-13 to Judge Henderson.

recommendation must be filed within fourteen days after service.  FED. R. CIV. P. 72(b).  Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Henderson's Report and Recommendation is **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: November 18, 2020**